1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 2:09-CR-503-WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE |
| v. | ) | |
| ERIC SINGLETON, | ) | |
| Defendant. | ) | |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendant Eric Singleton, through his undersigned counsel, that the status conference presently set for February 16, 2010 be **continued to March 1, 2010 at 8:30 a.m.**

Counsel for the government is not available on February 22, 2010, the next date available for the court.  The next status conference will involve the mental status of the defendant and government counsel assigned to the case needs to be present.  The parties stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the

1

defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from February 16, 2010 through March 1, 2010.

                                          BENJAMIN B. WAGNER  
                                        United States Attorney

Date: February 11, 2010       /s/ Mary L. Grad  
                                        By: MARY L. GRAD  
                                        Assistant United States Attorney

                                          /s/ Lauren Cusick  
                                          Counsel for Eric Singelton

SO ORDERED.

Date: February 12, 2010

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE

2