```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ERIC SINGLETON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-503 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | |
| ERIC SINGLETON, ) | |
| Defendant. ) | Date: March 29, 2010 |
| ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendant Eric Singleton, through his undersigned counsel, that the competency hearing presently set for March 1, 2010 be continued to March 29, 2010 at 8:30 a.m.. It is further stipulated that the jury trial set for March 23, 2010 be vacated and that a status conference be set for March 29, 2010 at 8:30 a.m..

This continuance is requested because the psychiatric evaluation of the defendant ordered pursuant to 18 U.S.C. 4241 has not been completed. The doctor evaluating the defendant informed undersigned

counsel that a second interview is required in order complete the evaluation in this case.  The doctor also needs to review additional BOP mental health documents, if any exist.

The parties stipulate to excludable time pursuant to 18 U.S.C. 4241 from February 26, 2010 through March 29, 2010.  Further, the parties stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4). Therefore, time will be excluded from February 26, 2010 through March 29, 2010.

Dated:   February 25, 2010
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Ben Galloway
                                   BEN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ERIC SINGLETON


DATED:   February 25, 2010

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Ben Galloway for
                                   MARY L. GRAD
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ERIC SINGLETON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>             Plaintiff,               )<br>                                      ) ORDER<br>      v.                              )<br>                                      )<br>ERIC SINGLETON,                       )<br>                                      )<br>             Defendant.               ) Date:  March 29, 2010<br>                                      ) Time:  8:30 a.m.<br>_____) Judge: Hon. William B. Shubb | |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 29, 2010, in the interests of justice pursuant to 18 U.S.C. 4241, 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 26, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE