```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    BENJAMIN D. GALLOWAY, CA Bar #214897
 4  Assistant Federal Defender
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    ERIC SINGLETON
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-503 WBS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| v. | Date:  June 21, 2010 |
| ERIC SINGLETON, | Time:  8:30 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, ERIC SINGLETON, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for June 7, 2010, be continued to Monday, June 21, 2010, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 21, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: June 1, 2010              Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ERIC SINGLETON


DATED: June 1, 2010              BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 MARY GRAD
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff



**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 21, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  June 1, 2010

                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE