```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    BENJAMIN D. GALLOWAY, CA Bar #214897
 4  Assistant Federal Defender
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    ERIC SINGLETON
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-503 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) |
| | ) Date: June 28, 2010 |
| ERIC SINGLETON, | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, ERIC SINGLETON, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for June 21, 2010, be continued to Monday, June 28, 2010, at 8:30 am..

The reason for this continuance is to allow the parties to reach a negotiated resolution in the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 28, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: June 18, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ERIC SINGLETON


DATED: June 18, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        MARY GRAD
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff




**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 28, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  June 22, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE